Charles BRENT, Plaintiff—Appellant,

v.

Robert KUPEC, Warden, Individually and in Official Capacity; Paul Handy, Administrative Judge; Calvin Wilson, Hearing Officer; Counselor Cooper, Classification Counselor, Individually and in Official Capacity; R. Dryden, Security Chief, Individually and in Official Capacity, Defendants—Appellees.

No. 05–6909.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 30, 2005.

Decided: Dec. 16, 2005.

Charles Brent, Appellant Pro Se. David Phelps Kennedy, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

PER CURIAM:

Charles Brent appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Brent v. Kupec,* No. CA–04–1–3746 (D.Md. May 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*